THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JAMES CONNOR, Appellant.

(Argued January 24, 1894; decided February 9, 1894.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made March 17, 1893, which affirmed a judgment of the

Court of General Sessions of the Peace entered upon a verdict convicting the defendant of the crime of receiving stolen goods, knowing them to have been stolen.

*F. M. Danaher* for appellant.

*John D. Lindsay* for respondent.

Agree to affirm on opinion of FOLLETT, J., below.*
All concur, except ANDREWS, Ch. J., EARL and BARTLETT, JJ., dissenting.
Judgment affirmed.